# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CATON, JOAN S. | § | Case No. 12-03577 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IL/EASTERN DIVISION
219 S. DEARBORN STREET
CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 12/14/2012 in Courtroom 2nd Floor,

Will County Court - Joliet City Hall
150 West Jefferson Street
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/20/2012                    By: /s/ Bradley J. Waller
                                                          Trustee


*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| CATON, JOAN S. | § | Case No. 12-03577 |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,999.20 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 5,999.20 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $      1,349.92 | $      0.00 | $      1,349.92 |
| Trustee Expenses: BRADLEY J. WALLER | $      92.80 | $      0.00 | $      92.80 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,442.72 |
| Remaining Balance | | $ | 4,556.48 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,487.46  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  19.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $      16,818.47 | $          0.00 | $        3,262.72 |
| 000002 | Oswego Community Bank | $        6,668.99 | $          0.00 | $        1,293.76 |

Total to be paid to timely general unsecured creditors $_____4,556.48

Remaining Balance $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller _____

Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No.  12-03577-BWB
Joan S. Caton                                                       Chapter 7
            Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: wepps            Page 1 of 2        Date Rcvd: May 23, 2012
                             Form ID: ntcftfc7       Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2012.
db           +Joan S. Caton,    24727 W Fraser Road,    Plainfield, IL 60586-8838
18430664      ACS,   P.O. Box 7051,    Utica, NY 13504-7051
18430665     +American Chartered Bank,    932 W Randolph Street,    Chicago, IL 60607-2219
18430666     +Bank of America, N.A.,,    450 American Street,    Simi Valley, CA 93065-6285
18430667     +Canal & Trails Credit Union,    201 E 9th Street,    Lockport, IL 60441-3475
18430668     +Canals & Trails Credit Union,    201 E 9th St,    Lockport, IL 60441-3475
18430669     +Citibank - Sears,    P.O. Box 6286,    Sioux Falls, SD 57117-6286
18430671     +Donald J. Simantz,    Alschuler, Simantz, Hem LLC,    1961 W Downer Place,    Aurora, IL 60506-4384
18430672     +GECredit Bank/Lenscrafters,    P.O. Box 981439,    El Paso, TX 79998-1439
18430673     +Oswego Community Bank,    10 N Madison,    Oswego, IL 60543-9472
18430674     +PNC Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
18430675     +PNC Mortgage,    6 N Main St,    Dayton, OH 45402-1908
18430676      William J. Caton,    24727 S Fraser Road,    Plainfield, IL 60586

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18430670      EDI: DISCOVER.COM May 24 2012 00:48:00      Discover Card Services,    P.O. Box 15192,
               Wilmington, DE 19850
18944504      EDI: DISCOVER.COM May 24 2012 00:48:00      Discover Bank,    DB Servicing Corporation,
               PO Box 3025,    New Albany, OH  43054-3025
                                                                                TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.

Date: May 25, 2012                     Signature:    *Joseph Speetjens*